IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL R MINOR,

    Petitioner,

v.                                      CASE NO. 4:05-cv-00258-MP-AK

JAMES M CONDON,
JAMES V CROSBY,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendations of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the District of South Carolina. Objections to Report and Recommendation were due by 8/29/2005, but none were filed. The Court agrees with the Magistrate Judge that the district of conviction, South Carolina, would be the appropriate forum to adjudicate this case. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This Clerk is directed to transfer this action to the United States District Court for the District of South Carolina.

    **DONE AND ORDERED** this *27th* day of September, 2005

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge